UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LAWRENCE MCDAVIS | 2:14-cv-918-LDG-CWH |
| Plaintiff, | ORDER |
| v. | |
| CLARK COUNTY CCDC DENTAL DEPARTMENT, | |
| Defendant. | |

On August 6, 2014, the court ordered plaintiff McDavis "to furnish to the U.S. Marshal the required USM-285 form with relevant information as to the Defendant on the form." Document 4, at 7. McDavis has not done so, and the time to serve the defendants has run. Accordingly,

THE COURT HEREBY ORDERS that this action is DISMISSED without prejudice.

DATED this ___ day of January, 2015.

_____
Lloyd D. George
United States District Judge